THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN O. COOPER, Appellant.

Submitted December 5, 2011; decided December 13, 2011

Reported below, 85 AD3d 1594.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.